**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:20-cr-0011 |
| | ) |
| **CHARLIE MANUEL CASTILLO BORG,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

**BEFORE THE COURT** is the Report and Recommendation of the magistrate judge recommending that the Court accept Charlie Manuel Castillo Borg's ("Borg") plea of guilty (ECF No. 36) to Count One of the Indictment. After conducting a *de novo* review of the record and pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the Court finds that Defendant Borg entered his guilty plea knowingly and voluntarily, and that there was a factual basis for the plea. The Court, therefore, will accept the Report and Recommendation and find Borg guilty as to Count One of the Indictment. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation (ECF No. 36) is **ACCEPTED**; it is further

**ORDERED** that Defendant Charlie Manuel Castillo Borg's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Defendant Borg is adjudged **GUILTY** on that count; it is further

**ORDERED** that pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the trial in this matter previously scheduled for October 19, 2020 is hereby **CANCELLED**; and it is further

**ORDERED** that a sentencing hearing shall be held on **Thursday, January 21, 2021 at 9:00 A.M. in St. Thomas Courtroom 1.**

**Dated:** September 26, 2020         */s/ Robert A. Molloy*
                                                           **ROBERT A. MOLLOY**
                                                           **District Judge**